UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

JOSEPH WEATHERS III, :
:
Petitioner : CIVIL ACTION NO. 3:25-787
:
v. : (JUDGE MANNION)
:
WARDEN OF FCI-ALLENWOOD :
MEDIUM, :
:
Respondent :

## ORDER

In accordance with the memorandum issued this date, **IT IS HEREBY ORDERED THAT**:

1. The petition for writ of habeas corpus (Doc. 1) is **DISMISSED**.

2. The Clerk of Court is directed to **CLOSE** this case.

Malachy E. Mannion
United States District Judge

Dated: 9/23/25
25-787-01-order